**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

City of Clover, Respondent,

v.

Roosevelt Broome, Jr., Appellant.

Appellate Case No. 2011-193888

———————————

Appeal From York County
J. Mark Hayes, II, Circuit Court Judge

———————————

Unpublished Opinion No. 2013-UP-018
Submitted December 3, 2012 – Filed January 16, 2013

———————————

**AFFIRMED**

———————————

Roosevelt Broome, Jr., of Charlotte, NC, pro se.

———————————

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities:

1. As to whether the circuit court erred in failing to prove jurisdiction: *State v. Dunbar*, 356 S.C. 138, 142, 587 S.E.2d 691, 693-94 (2003) ("In order for an issue to be preserved for appellate review, it must have been raised to and ruled upon by

the trial [court.]  Issues not raised and ruled upon in the trial court will not be considered on appeal.").

2.  As to whether the circuit court erred in affirming the municipal court's finding that the police officer's absence from trial was lawful:   *Dunbar*, 356 S.C. at 142, 587 S.E.2d at 693-94 ("In order for an issue to be preserved for appellate review, it must have been raised to and ruled upon by the trial [court.]  Issues not raised and ruled upon in the trial court will not be considered on appeal.").

3.  As to whether the circuit court erred in allowing the police department to proceed with matters affected by this appeal: *Dunbar*, 356 S.C. at 142, 587 S.E.2d at 693-94 ("In order for an issue to be preserved for appellate review, it must have been raised to and ruled upon by the trial [court.]  Issues not raised and ruled upon in the trial court will not be considered on appeal.").

**AFFIRMED.**[1]

**HUFF, THOMAS, and GEATHERS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.